## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**CAROLYN K. REIMERS,**

        **Plaintiff,**

vs.

**JBS USA, LLC,**

        **Defendant.**

**8:13CV42**

**ORDER**

This matter is before the court on the defendant's Unopposed Motion to Continue Trial Date (Filing No. 19). The defendant seeks a one-month continuance of the trial setting. The motion is granted and the non-jury trial is rescheduled to commence, at the court's call, during the week of **April 21, 2014**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

    **IT IS SO ORDERED.**

Dated this 13th day of December, 2013.

                                        BY THE COURT:

                                        s/ Thomas D. Thalken
                                        United States Magistrate Judge