# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CAROLYN K. REIMERS,** | |
| Plaintiff, | 8:13CV42 |
| vs. | |
| **JBS USA, LLC,** | ORDER |
| Defendant. | |

This matter is before the court *sua sponte*. The July 10, 2013, Order Setting Final Schedule for Progression of Case (Filing No. 11) is amended as follows.

**IT IS ORDERED**:

1. The pretrial conference previously scheduled for February 14, 2014, is canceled. The Final Pretrial Conference with the undersigned magistrate judge is rescheduled for **March 28, 2014, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. **On or before March 7, 2014**, pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version, as applicable, with a list of all exhibits it expects to offer at trial, other than solely for impeachment, by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

3. Any motions in limine shall be filed **on or before March 21, 2014**.

Dated this 15th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge