IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAROLYN K. REIMERS,

        Plaintiff,

vs.

JBS USA, LLC,

        Defendant.

8:13CV42

ORDER

      This matter is before the court on the plaintiff's motions for a new trial or to alter or amend the judgment under Fed. R. Civ. P. 59, which the court has construed as motions for relief from judgment under Fed. R. Civ. P. 60, Filing No. 27 and Filing No. 28.

      On May 23, 2014, the court entered an order granting plaintiff fourteen (14) days to amend her pleadings or submit evidence setting forth the reasons for her failure to respond to defendant's motion for summary judgment and present evidence of exceptional circumstances to justify relief under Fed. R. Civ. P. 60, Filing No. 30. The court further advised that if plaintiff failed to respond to the court's request on or before June 6, 2014, plaintiff's motions would be denied. Plaintiff has not responded to the court's May 23, 2014, order or offered any evidence.

      IT IS ORDERED that plaintiff's motions for a new trial, Filing No. 27 and Filing No. 28, are denied.

      Dated this 25th day of June, 2014.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            United States District Judge